## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, <br><br> v. <br><br> RYAN YARED ORTIZ PEREZ, Defendant. | **INDICTMENT** <br> CRIMINAL NO. 21-170(PAD) <br><br> **VIOLATIONS:** <br> 18 U.S.C. § 2251(a), <br> 18 U.S.C. § 2422(b), <br> 18 U.S.C. § 2252(a)(2) <br> 18 U.S.C. § 2252(a)(4)(B) <br><br> **SIX COUNTS &** <br> **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

### COUNT ONE
**Production of Child Pornography**
(Title 18, United States Code, Section 2251(a))

From on or about December, 2020 to on or about April, 2021, in the District of Puerto Rico and within the jurisdiction of this Court,

**RYAN YARED ORTIZ PEREZ,**

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a thirteen (13) year old male minor to engage in sexually explicit conduct for the purpose of producing and attempting to produce any visual depiction of such conduct, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce. All in violation of Title 18, United States Code, Sections 2251(a) and (e).

1

## COUNT TWO
### Coercion and Enticement of a Minor
(Title 18, United States Code, Section 2422(b))

From on or about December, 2020 to on or about February, 2021 in the District of Puerto Rico and within the jurisdiction of this court,

**RYAN YARED ORTIZ PEREZ,**

the defendant herein, used a facility of interstate and foreign commerce, that is a cellular phone that was not manufactured in Puerto Rico, as well as internet instant text messaging services, to knowingly persuade, induce, entice, and coerce a thirteen (13) year old male minor to engage in sexual activity and sexually explicit conduct for which the defendant could be charged with an offense under the laws of the United States of America and Puerto Rico. All in violation of Title 18, United States Code, Section 2422(b).

## COUNT THREE
### Production of Child Pornography
(Title 18, United States Code, Section 2251(a))

From on or about December, 2020 to on or about April, 2021, in the District of Puerto Rico and within the jurisdiction of this Court,

**RYAN YARED ORTIZ PEREZ,**

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a fifteen (15) year old male minor to engage in sexually explicit conduct for the purpose of producing and attempting to produce any visual depiction of such conduct, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce. All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FOUR
## Coercion and Enticement of a Minor
(Title 18, United States Code, Section 2422(b))

From on or about December, 2020 to on or about February, 2021, in the District of Puerto Rico and within the jurisdiction of this court,

**RYAN YARED ORTIZ PEREZ,**

the defendant herein, used a facility of interstate and foreign commerce, that is a cellular phone that was not manufactured in Puerto Rico, as well as internet instant text messaging services, to knowingly persuade, induce, entice, and coerce a fifteen (15) year old male minor to engage in sexual activity and sexually explicit conduct for which the defendant could be charged with an offense under the laws of the United States of America and Puerto Rico. All in violation of Title 18, United States Code, Section 2422(b).

## COUNT FIVE
## Receipt of Child Pornography
(Title 18, United States Code, Section 2252(a)(2))

From on or about December, 2020 to on or about February, 2021, in the District of Puerto Rico, and within the jurisdiction of this Court, the defendant,

**RYAN YARED ORTIZ PEREZ,**

knowingly received at least one matter containing one or more images of child pornography, as defined in Title 18, United States Code, Section 2256(8), such child pornography having been shipped and transported using a means and facility of interstate and foreign commerce, and in or affecting interstate and foreign commerce, and having been produced using materials which had been mailed and so shipped and transported, by any means, including by computer, that is: the defendant received images using his cellular phone, which had internet capabilities, depicting

3

female minors engaged in sexually explicit conduct. All in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT SIX
**Possession of Child Pornography**
(Title 18, United States Code, Section 2252(4)(B))

On or about April 22, 2021, in the District of Puerto Rico, and within the jurisdiction of this Court,

**RYAN YARED ORTIZ PEREZ,**

the defendant herein, knowingly possessed at least one matter containing one or more images of child pornography, as defined in Title 18, United States Code, Section 2256(8), such child pornography having been shipped and transported using a means and facility of interstate and foreign commerce, and in or affecting interstate and foreign commerce, and having been produced using materials which had been mailed and so shipped and transported, by any means, including by computer, that is: the defendant possessed images on his cellular phone depicting minors engaged in sexually explicit conduct. All in violation of Title 18, United States Code, Section 2252(4)(B).

## FORFEITURE ALLEGATION

The allegations of this Indictment are re-alleged as if fully set forth herein, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253.

If convicted of the offense set forth above, RYAN YARED ORTIZ PEREZ, the defendant herein, shall forfeit to the United States any and all materials or property used or intended to be used in the possession, transportation, distribution, or production of child pornography, including but not limited to an iPhone 12 Pro Max cellular phone with corresponding SIM card seized in relation to the defendant. All pursuant to Title 18, United States Code, Section 2253.

W. STEPHEN MULDROW
United States Attorney

TRUE BILL.

*[signature]*

Foreperson
Date: May 13, 2024

Nicholas W. Cannon
Chief, Child Exploitation and
Immigration Unit

*[signature]*

Jenifer Y. Hernández-Vega
Assistant U.S. Attorney